FILED
MAR 2 - 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RICHARD RIOS,

    Petitioner,

v.

STEVE FRANKE,

    Respondent.

Civil No. 10-1548-BR

ORDER

BROWN, Judge.

The Court GRANTS Petitioner's Unopposed Motion to Voluntarily Dismiss Habeas Corpus Petition Without Prejudice (#17).

IT IS SO ORDERED.

DATED this 2nd day of March, 2011.

                          ANNA J. BROWN
                          United States District Judge

1 - ORDER -